JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 22-00896-DOC-DFMx      Date: May 19, 2022

Title: Jesus Velazquez v. FCA US LLC et al

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Sundeep S. Samra | Scott Steven Shepardson *(via Zoom)* |

**PROCEEDINGS:**     SCHEDULING CONFERENCE

The case is called. The Court and counsel confer.

For reasons stated on the record the Court REMANDS this case back to Orange County.

All pending Motions are denied as moot and all remaining hearings on calendar are vacated.

                                                                                       :     07

Initials of Deputy Clerk: kdu